*Cowan, C. A. Moore,* and *Shepherd & Shepherd,* for plaintiff; *Ferguson & Son, J J. Hooker,* and *Merrimon & Merrimon,* for defendant. Affirmed.

N. C. MINING Co. *v.* O'DONNELL, et al. (two cases). Same counsel as above. Affirmed.

CHASTAIN *v.* PLATT; *Shepherd & Shepherd,* for plaintiff; *Busbee & Busbee,* and *Dillard & Bell,* for defendant. Affirmed.

PALMER *v.* BARNARD, et al. Dismissed for failure to print record.

STREET *v.* MUTUAL RESERVE LIFE INSURANCE ASSOCIATION; *Hinsdale & Lawrence, Shepherd & Shepherd,* and *Sewell Tyng,* for defendant petitioner; *W. W. Clark,* for the plaintiff.

For reasons stated in the cause of STRAUSS *v.* LIFE ASSOCIATION, at this term, the defendant's petition to rehear is denied. Petition dismissed.